IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GENNARO MATTIACCIO II, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DHA GROUP, INC., ) <br> DAVID HALE, and ) <br> AMI GETU, ) <br> ) <br> Defendants. ) | **No. 1:12-cv-1249 (CKK)** |

## DEFENDANTS' MOTION TO DISMISS COUNT THREE OF COMPLAINT

Defendants DHA Group Inc., David Hale, and Ami Getu, by and through undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to enter an order dismissing with prejudice Count Three of Plaintiff's Complaint, which alleges defamation, for failure to state a claim upon which relief can be granted. The grounds for the relief sought are set forth in the attached Memorandum of Points and Authorities. A proposed order is attached.

Dated: September 19, 2012

Respectfully submitted,

*/s/ Emily Crandall Harlan*_____
Emily Crandall Harlan (Bar No. 989267)
NIXON PEABODY LLP
401 9th Street, N.W., Suite 900
Washington, D.C. 20004-2128
Telephone: (202) 585-8000
Facsimile: (202) 585-8080
eharlan@nixonpeabody.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of September 2012, I electronically filed the foregoing Defendants' Motion to Dismiss Count Three of Complaint and Memorandum in Support thereof with the Clerk of Court using the CM/ECF system, and also served a true and correct copy on Plaintiff by electronic mail, with hard copy by first class mail, at the following address:

> Gennaro Mattiaccio II
> 45 Pinto Lane
> Stafford, Virginia 22556
> jmattiaccio@richmondgroupintl.com

> */s/ Emily Crandall Harlan*_____
> Emily Crandall Harlan (Bar No. 989267)