# EXHIBIT A

# DHA

REDACTED  REDACTED   ·8652       REDACTE /REDACTED /62

## Employment Application

## Personal

| Date of Application June 27, 2011 | Last Name GENNARO | First Name Mattiaccio |
|---|---|---|

| Middle Name NMN | Street 45 Pinto Lane | | |
|---|---|---|---|

| Apt | City Stafford | State VA | Zip Code 22556 |
|---|---|---|---|

| Home Telephone (540) 752-2953 | Work Telephone (571) 384-1400 |
|---|---|

| E-mail Address jmattiaccio@richmondgroupintl.com | Cellular Phone (703) 595-1179 |
|---|---|

## Experience

**Please describe any specific areas of expertise (e.g. program management, technical skills, methodologies, security experience)**

Government Contracting; Security. I have IT background and training in NIST, Section 508 compliance, C & A and others and can write proposals to these specifications. In addition, I have been trained in Government Contracting at Fort Lee, VA and have evaluated several government contracts from the government side.

## Training and Certification   Please list any training or certifications you have received (e.g. Project Management, Novell Certification)

| Dates | Training or Certification Received | Where Obtained |
|---|---|---|
| 1990 | Government Contracting Course | Fort Lee, VA |
| 2011 | Win Award for Business Development | Reston, VA |
| | | |

## Education

| Dates Attended | School Name and Location | Years Comp | Grad Y/N | Courses of Study / Degree(s) |
|---|---|---|---|---|
| | High School Southern Regional, Manahawkin, NJ | 4 | Y | General |
| From 1990 To 1994 | College Strayer University | 4 | Y | Degree BBA  Major Accounting |
| From To | Graduate School | | | Degree  Major |
| From To | Other (specify) | | | Degree  Major |

## U.S. Military Service

Branch: US Army                    Highest Rank Achieved: E-7

Dates of Service: Oct 1980-Jul 1992

Duties: Special Agent, Criminal Investigator

I

## Employment

Is permission for DHA the to contact my current and recent employer   [ ] Yes  [✓] No

Please list all current and previous employers starting with most recent at the top (please include any job-related military service assignments and volunteer activities). If you need additional space, please continue on a separate sheet of paper. Please complete this section. PLEASE DO NOT WRITE "SEE RESUME"

| From | Jan 11 | Employer | Address | | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| | | B3 Solutions, LLC | 901 N Pitt Street, Suite 300 | | Alexandria | VA | 22314 |

| To | Present | Your Title | Supervisor's Name | Supervisor's Title | Supervisor's Telephone |
|---|---|---|---|---|---|
| | | Sr. Proposal Manager | Brenda Bearden | CEO | 571-384-1400 |

| | Starting Compensation | Ending Compensation | Reason For Leaving |
|---|---|---|---|
| | 160k | 160k | Pursue additional responsibility |

**Duties performed**: In this position, I plan, manage, coordinate, prepare and submit all company proposals to include: develop technical approach, and management plan; resume preparation, and past performance citations. Participate in bid/no bid decisions, strategy sessions, and conduct kick off meetings; lead proposal team meetings to create schedules, storyboards, win themes, strategies, status and proposal reviews.

| From | 2007 | Employer | Address | | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| | | Medical Credit Services | 11314 Sterling Drive | | Sterling | VA | 22301 |

| To | 2010 | Your Title | Supervisor's Name | Supervisor's Title | Supervisor's Telephone |
|---|---|---|---|---|---|
| | | Director of BD and Proposal Manager | Howard Sorber | CEO/President | 703-707-9500 |

| | Starting Compensation | Ending Compensation | Reason For Leaving |
|---|---|---|---|
| | 66000 | 135000 | MCS lost a large contract and cut back on staff. |

**Duties performed**: Establish near and long-term marketing strategies for professional technical services. Attend functions related to gov con. Prepare Award winning proposals for IDIQ, FFP, and other contracts. Supervise others in drafting responses to RFP's in the 10-40 million dollar range. Coordinate with Capture Manager as part of the proposal process.
Fully conversant in Clinger-Cohen, NIST, ITIL, and other IT Security Functions. Attend BD functions on behalf of President.

| From | 2005 | Employer | Address | | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| | | Genworth Financial, inc | 6620 W. Broad Street | | Richmond | VA | |

| To | 2006 | Your Title | Supervisor's Name | Supervisor's Title | Supervisor's Telephone |
|---|---|---|---|---|---|
| | | VP SIU | Matt Cooper | Chief Litigation | 888-436-9678 Main# |

| | Starting Compensation | Ending Compensation | Reason For Leaving |
|---|---|---|---|
| | 100,000 | 100,000 | Left due to severe family illness. Was not eligible for FMLA. |

**Duties performed**: Supervise a team of highly trained individuals who oversee and investigate multi million dollar claims against the company. Assist United States Attorneys with prosecutions and civil recoveries. Maintain liaison with Claims VP and Litigation to ensure that trends are identified and reviewed for determination of possible criminal actions against the company. Coordinate with outside vendors for assistance on sensitive matters where the company may need to spend considerable resources in time and money to determine if claim should be accepted, denied, settled or litigated.

| From | 1992 | Employer | Address | | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| | | Richmond Group | 1954 Opitz Blvd | | Woodbridge | VA | 22191 |

| To | 2005 | Your Title | Supervisor's Name | Supervisor's Title | Supervisor's Telephone |
|---|---|---|---|---|---|
| | | Proposal Manager | Bob Taylor | CEO | 703-494-9938 |

| | Starting Compensation | Ending Compensation | Reason For Leaving |
|---|---|---|---|
| | 70,000 | 100000 | Company was sold |

**Duties performed**: Served as proposal manager for an 8 person team. Prepare Compliance Matrices; guide the company thru pink, red and gold teams. Delegate writing assignments, prepare proposals, RFI's, Sources Sought, data calls, and more to ensure that award winning proposals are provided to government clients.

## General Information

| | | |
|---|---|---|
| Are you presently employed? | [■] Yes | [ ] No |
| If yes, may we contact your present employer? | [ ] Yes | [■] No |
| On what date would you be available to begin with DHA? | On two weeks notice to current employer. | |
| Have you ever applied to, or worked for, DHA before? | [ ] Yes | [■] No |
| If yes, when and where? | | |
| What distance (in miles) are you willing to commute one-way from home? | Will travel as mission dictates. | |
| Would you be willing to accept a travel assignment? | [■] Yes | [ ] No |
| Are you authorized to work in the United States? *(Proof of citizenship or immigration status will be required upon employment)* | [■] Yes | [ ] No |
| Have you been convicted of a felony in the past ten (10) years? *Conviction will not necessarily disqualify an applicant from employment.* | [ ] Yes | [■] No |
| If yes, please explain: | | |

2

**DHA-00005**

**NOTICE TO PERSONS WITH DISABILITIES:** Reasonable accommodation will be provided to assist you in participating in DHA's interview and hiring process. Please contact your DHA Recruiter if you would like to request such accommodation.

## Employment References

Please provide four employment references below, including at least two current or previous supervisors and two co-workers or peers. Please do not include relatives or personal references.

| Name | Company | Title | Relationship | Years Known |
|---|---|---|---|---|
| Tracy Kerns, | B3 Solutions, LLC | Director of HR | Co Worker | less than one |
| **Work Telephone** 571-384-1400 | **Home Telephone** | | **Cell Number** | |
| Howard Sorber | MCS, Inc. | President | Former Supervisor | 4+ |
| **Work Telephone** 703-707-9500 | **Home Telephone** | | **Cell Number** 703-304-0212 | |
| Robert Moledor | FBI | Investigator | Co-worker | 25 |
| **Work Telephone** PLEASE CALL ME PRIOR TO CALL HE WORKS UNDERCOVER | **Home Telephone** | | **Cell Number** 614-654-4849 | |
| Charlene Boetler | Mantech | Sr. Proposal Manager | Co worker | 3+ |
| **Work Telephone** | **Home Telephone** | | **Cell Number** 703-405-1108 | |

## Referral Source

| | | | | | |
|---|---|---|---|---|---|
| | Advertisement | Publication Name and Date | | Employment Agency | Agency Name |
| | Internet | Web Site | | Direct Contact | Name of DHA Recruiter |
| | Job Fair | Location and Date | | Walk-In | How did you hear about DHA? |
| | DHA Employee | Employee Name | ✓ | Other | Please Specify email solicitation |
| | Non-DHA Employee | Non-Employee Name | | | |

## Employment Statement

I certify that the answers provided above are true and complete to the best of my knowledge. I am aware that failure to complete this application, intentional omissions or misstatements may result in refusal of employment or discharge.

The conditions of my employment with DHA are:
(A) I will not engage in any outside activities for, or become associated with, any enterprise that competes with DHA, nor will I engage in any outside activities that interfere with my full-time employment with DHA;
(B) I understand that I may be assigned to work on contracts that require a U.S. Government Security Clearance or passage of drug, alcohol, or other client requested screens. If I am unable to obtain such clearances or pass such screens, my employment may be terminated by DHA;
(C) I understand that nothing contained in this employment application or in the granting of an interview is intended to create any employment contract with DHA and myself for either employment or for the providing of any benefit. No promise or guarantee regarding employment has been made to me;
(D) If an employee relationship should be established, I understand that it will be an at-will relationship. An at-will relationship means that employment with DHA has no fixed years and can be terminated by myself or DHA at any time and for any reason at all. It is further understood that this "at will" employment relationship may not be changed by a written document or by conduct unless such a change is specifically acknowledged in writing by an authorized officer of DHA.
(E) I hereby authorize DHA to thoroughly investigate my background, references, employment record and other matters related to my suitability for employment. I authorize persons, schools, my current employer (if applicable), and previous employers and organizations contacted by DHA to provide any relevant information regarding my current and/or previous employment and I release all persons, schools and employers of any and all claims for providing such information.
(F) I understand that I may be required to sign a confidentiality and/or non-compete agreement should I become an employee of DHA.

I hereby acknowledge that I have read the above statement and understand it.

Signature of Applicant _____   Date _7/8/11_

DHA considers applicants for all positions without regard to race, color, religion, gender, national origin, age, disability, marital or veteran status, sexual orientation, or any other legally protected status.

3

**DHA-00006**