IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENNARO MATTIACCIO II <br> 45 Pinto Lane <br> Stafford, Virginia 22556 <br> Plaintiff <br><br> -vs- <br><br> DHA GROUP, INC., et al <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Cause of Action No **1:12-cv-1249 (CKK)** <br> ) <br> ) <br> ) |

## RESPONSE TO JOINT PRAECIPE FILED BY DEFENDANTS DHA GROUP, ET AL

Pursuant to the courts order of February 10, 2014, the undersigned plaintiff denies that the document attached to the Defendants Praecipe (Exhibit A) is the document he authored. As has been stated on numerous occasions, this document contains incorrect information in the upper blocks including information about past employers, etc., and a forged signature.

Plaintiff executed a document entitled "Pre-Employment Background Check Authorization" which has not been produced. Further, the Pre-employment Background check has not been produced by the defendants.

Even assuming that the document attached as Exhibit A to the Defendants Praecipe was the one executed, it is improper on its face. The FCRA requires that an employer:

- Tell the applicant or employee that you might use information in their consumer report for decisions related to their employment. **This notice must be in writing and in a stand-alone format. The notice cannot be in an employment application.** (See http://www.business.ftc.gov/documents/bus08-using-consumer-reports-what-employers-need-know) You can include some minor additional information in the notice, like a brief description of the nature of consumer reports, but only if it does not confuse or detract from the notice.

- Get written permission from the applicant or employee. This can be part of the document you use to notify the person that you will get a consumer report. If you want the authorization to allow you to get consumer reports throughout the person's employment, make sure you say so clearly and conspicuously. **It cannot be part of the employment application.**



RECEIVED
FEB 14 2014
Clerk, U.S. District and
Bankruptcy Courts

1

Since the defendants did not comply with the FCRA as above, the authorization (Attachment A) is not valid as a matter of law. (see Section 604(b) of the FCRA, 15 U.S.C. § 1681b(b)) which states:

> Except as provided in subparagraph (B), a person may not procure a consumer report, or cause a consumer report to be procured, for employment purposes with respect to any consumer, unless—(i) **a clear and conspicuous disclosure has been made in writing to the consumer at any time before the report is procured or caused to be procured, in a document that consists solely of the disclosure,** that a consumer report may be obtained for employment purposes; and
> (ii) **the consumer has authorized in writing** (which authorization may be made on the document referred to in clause (i)) the procurement of the report by that person. (*Id at 2A, i, and ii*)

However, the defendant's story continues to change. They indicate that no authorization was required since they were conducting a "misconduct" investigation without identifying what misconduct I allegedly committed.

Also, the undersigned is pending the Subpoena Response from US Search to determine if Mr. Blitz conducted numerous employment screening checks verses just the one he alleges. Recently, in response to a court authorized subpoena, the National Center for Missing and Exploited Children (NCMEC, or the Center) the Center provided evidence that the defendants and Nelson Blitz contacted NCMEC to report the plaintiff was in possession of "child pornography" despite their steadfast denials in pleadings and to the court that they never used these words. (See Attachment A)

For these reasons, and the ones articulated in my opposition to the Summary Judgment and Motion to Dismiss, I respectfully request that you deny the motions and permit the matter to proceed.

Sincerely,

*/s/*

GENNARO MATTIACCIO II

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of February 2014, I mailed a copy of the above document, to the Defendants, through their counsel of record, via electronic mail, facsimile, or First Class Postage pre-paid mail, at the following address:

Ken J. Nichols
NIXON PEABODY LLP
401 9th Street, N.W., Suite 900
Washington, D.C. 20004-2128
Telephone: (202) 585-8000
Facsimile: (202) 585-8080


Laura M.K. Hassler, Esq.
Eccleston & Wolf, P.C.
1629 K Street, NW, Suite 260
Washington, DC 20006
(t) 202-857-1696
(f) 202-857-0762
hassler@ewdc.com

/s/ J. K.

GENNARO MATTIACCIO
45 PINTO LANE
STAFFORD, VIRGINIA 22556
(703) 595-1179
jmattiaccio@richmondgroupintl.com

NCMEC000001



# CyberTipline Report 1794005

Received by NCMEC on 02/15/2013 20:07:52 UTC
All dates are displayed in MM/DD/YYYY

*The National Center for Missing and Exploited Children® (NCMEC) was established in 1984 as a private, nonprofit 501(c)(3) organization. NCMEC provides services nationwide to families and professionals relating to preventing the abduction and sexual exploitation of children. Pursuant to its mission and congressional authorization (see 42 U.S.C. § 5773), NCMEC operates the CyberTipline and the Child Victim Identification Program to provide assistance to law enforcement in its efforts to identify victims of child pornography and child sexual exploitation. NCMEC also works with law enforcement, Electronic Service Providers, electronic payment service providers and others in their efforts to reduce the distribution of child sexual exploitation images and videos on the Internet. NCMEC does not investigate and cannot verify the accuracy of information it receives. NCMEC forwards reports of possible child sexual exploitation to law enforcement for its independent review and analysis.*



Attachment A

RECEIVED
Mail Room

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia



## CONTENTS

| | |
|---|---|
| **Section A: Reported Information** | **1** |
| Reporting Person | 1 |
| Incident Information | 1 |
| User or Person Being Reported | 1 |
| Additional Information Submitted by the Reporting Person | 1 |
| **Section B: Automated Information Added by NCMEC Systems** | **2** |
| Explanation of Automated Information (in alphabetical order) | 2 |
| **Section C: Additional Information Provided by NCMEC** | **3** |
| NCMEC Note #1 | 3 |
| NCMEC Note #2 | 3 |
| NCMEC Note #3 | 3 |
| NCMEC Note #4 | 12 |
| NCMEC Note #5 | 13 |
| NCMEC Note #6 | 13 |
| NCMEC Note #7 | 13 |
| NCMEC Note #8 | 13 |
| NCMEC Note #9 | 13 |
| Supplemental Files | 14 |
| **Section D: Law Enforcement Contact Information** | **15** |
| Virginia State Police | 15 |

*This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and mission. Please treat all information in this Report as confidential and do not share the contents of this Report with persons unrelated to any resulting criminal investigation or prosecution.*



## Section A: Reported Information

> The following information was submitted electronically to the CyberTipline by the Reporting Person, NCMEC Call Center or the Reporting ESP. The information appearing in Section A is information received in the original submission.

### Reporting Person

**Submitter:**
Ami Getu
202-360-2497
ANI*: 202-347-9788

*Automatic Number Identification; this is the phone number logged by NCMEC as to the source of the call

### Incident Information

**Incident Type:** Child Pornography (possession, manufacture, and distribution)
**Incident Time:** 02/15/2013 10:01 UTC

### User or Person Being Reported

**Name:** Gennaro Mattiaccio
**Address:** Washington, DC United States
**Approximate Age:** Adult

### Additional Information Submitted by the Reporting Person

The caller, who works for DHA Group Inc in Washington DC, and her co-worker, Nelson Blitz, contacted NCMEC to report possible child pornography found on a terminated employee's work computer. The suspect, who is the terminated employee, received an email from someone named Ken Dollinger with the video attached. The suspect then forwarded the video to himself. The video is called "Why Women Have 2 Breasts." It is a wmz file. The file name seems to be the title with no spaces in between the words. At the end of the video, the words Canal Digital Satellite Television appear on the screen. The video appears to be professionally made. The video shows two teenagers, possibly around 14-15 years old, sitting fully clothed on a couch. The female teenager reaches over and takes one of the male teenager's hands. She places it upon one of her breasts, over her clothing. She then repeats this action with the male teenager's other hand. At that point, she takes the remote control. The caller has the video saved in email format available. She was not sure if this qualified as child pornography and so decided to report it. She would like to be contacted by an ECD analyst regarding this matter.

> This concludes Section A. All of the information in this section is submitted electronically to the CyberTipline by the Reporting Person, NCMEC Call Center or the Reporting Electronic Service Provider (ESP). The information appearing in Section A is information received in the original submission.

*This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and mission. Please treat all information in this Report as confidential and do not share the contents of this Report with persons unrelated to any resulting criminal investigation or prosecution.*



NCMEC000004

CyberTipline Report 1794005 | 2

## Section B: Automated Information Added by NCMEC Systems

Upon receipt of a CyberTipline report, NCMEC Systems may conduct automated processes on the information submitted in Section A. The information found in Section B of this CyberTipline Report has been automatically generated by NCMEC Systems. If the CyberTipline Report was submitted by a member of the public, Section B will be blank.


Explanation of Automated Information (in alphabetical order)

**Geo-Lookup:** When a Reporting ESP includes an IP address for the "User or Person Being Reported," NCMEC Systems will geographically resolve the IP address via a publicly-available online search. The results of this lookup are displayed.

**This concludes Section B**

This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and mission. Please treat all information in this Report as confidential and do not share the contents of this Report with persons unrelated to any resulting criminal investigation or prosecution.



NCMEC000005

CyberTipline Report 1794005 | 3

## Section C: Additional Information Provided by NCMEC

> Section C contains information collected by NCMEC staff based on the information electronically submitted by the Reporting Person, NCMEC Call Center or Reporting ESP. Section C may contain a variety of additional information, including data gathered from searches on publicly-available, open-source websites. Any searches conducted by NCMEC staff will be documented and any search results will be saved to the electronic filing system when possible. The CyberTipline cannot confirm the accuracy of information found in public records or whether the results are affiliated with any parties relating to this report.

**NCMEC Priority Level:** 3 (Additional information required to determine possible risk)
**NCMEC Classification:** Child Pornography (Unconfirmed)
**NCMEC Date Processed:** 02-20-2013 20:57:00 UTC
**Sent to Law Enforcement by NCMEC:** Yes



ECD - SW  02/19/2013 11:02

Any open source and/or public record searches conducted by the CyberTipline will be documented within this report and saved to the electronic filing system. The CyberTipline cannot confirm the accuracy of information found in public records or whether the results are associated with any of the parties affiliated with this report. If law enforcement is interested in additional searches on information related to the target, child victim, or reporting person please e-mail ecuassistance@ncmec.org with this request.



ECD - SW  02/19/2013 11:02

At this time, I have saved a copy of the call recording the reporting person made to NCMEC, to the electronic filing system.



ECD - SW  02/19/2013 11:04

Reported Suspect Information -

Name:Gennaro Mattiaccio
Address:Washington, DC United States
Approximate Age:Adult
=====

CT/TA Search results for : gennaro near(mattiaccio)
1794005
=====

*This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and mission. Please treat all information in this Report as confidential and do not share the contents of this Report with persons unrelated to any resulting criminal investigation or prosecution.*




NCMEC000006

CyberTipline Report 1794005 | 4

I searched for 'Gennaro Mattiaccio' in Facebook and MySpace with NEGATIVE results.
=====

I searched for 'Gennaro Mattiaccio' in the National Sex Offender Registry with NEGATIVE results.
=====

I searched for 'Gennaro Mattiaccio, DISTRICT OF COLUMBIA (COUNTY), DC' in TLO and yielded 4 results. I exported the results and saved them to the electronic filing system. I also ran a full comprehensive report on the first result, as it appeared to have a current location for the target in 'Stafford, VA' :
***I cannot confirm nor deny that any of the results are related to the reported suspect.

Comprehensive Report
Date: 02/19/2013

Reference ID: CT 1794005
Report Legend
 - Confirmed Address
 - Deceased Person
 - View Address Map
 - View Social Network(s)
Relatives
  &gt; - 1st Degree of Separation
  &gt;&gt; - 2nd Degree of Separation
  &gt;&gt;&gt; - 3rd Degree of Separation
Subject Information

(Best Information for Subject)

Name: GENNARO G MATTIACCIO II (04/01/1986 to 12/01/2012)
Name: JERRY MATTIACCIO II (12/30/1994)
Name: GENNARO VSACIDC (12/01/1987 to 12/01/1988)
Date of Birth: 05▮▮/1962, Born 50 years ago
Astro: Gemini
SSN: ▮▮▮▮▮▮▮
[ Copy ]
 issued in NEW JERSEY in 1976

Other Individuals Observed with shared SSN:
GEORGE MATTICCED ▮▮▮▮▮▮
[ Copy ]

Other Names Associated with Subject
JONNARO MATTTIACCIO (12/01/1997 to 12/01/1998)
GENNARD MATTIACCIO (12/01/1988 to 12/01/1991)
GENNARO MATTIACCIN (04/01/1986 to 12/01/1991)
GENARO MATTIACCIO

Other DOBs Associated with Subject

---

*This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and mission. Please treat all information in this Report as confidential and do not share the contents of this Report with persons unrelated to any resulting criminal investigation or prosecution.*



NCMEC000007

CyberTipline Report 1794005 | 5

Date of Birth: 09/▇/1962
Current Age: 50
Astro: Libra

Other Possible Phones Associated with Subject [ Show Carriers ]:
(540) 657-8281 (ET) (LandLine) (99%)
(540) 752-2953 (ET) (LandLine) (98%)
(202) 669-3838 (ET) (Mobile) (97%)
(540) 659-1643 (ET) (26%)


Indicators

Bankruptcies: Yes
Liens: No
Judgments: Yes
Property: Yes
Corporate Affiliations: Yes
Criminal/Traffic: Yes

Email Addresses Associated with Subject
 rgiceo@pop.net

Table of Contents

Subject Information
Potential Subject Photos (None Found)
Comprehensive Report Summary
Possible Criminal Records (6 Found)
Possible Employers (3 Found)
Address Summary (19 Found)
Address Details (19 Found)
Cities History (8 Found)
Counties History (4 Found)
Driver's License Information (None Found)
Utilities (None Found)
Professional Affiliations (None Found)
Professional Licenses (None Found)
Bankruptcy Records (1 Found)
Liens (None Found)
Judgments (5 Found)
Current Property Deeds (1 Found)
Past Property Deeds (2 Found)
Property Foreclosures (1 Found)
Property Assessments (1 Found)
Evictions (None Found)
Current Vehicle Information (None Found)
Past Vehicle Information (None Found)
FL Accidents (None Found)
US Business Affiliations (2 Found)

*This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and mission. Please treat all information in this Report as confidential and do not share the contents of this Report with persons unrelated to any resulting criminal investigation or prosecution.*



NCMEC000008

CyberTipline Report 1794005 | 6

UCC Filings (None Found)
US Corporate Affiliations (1 Found)
Aircraft Records (None Found)
Pilot Licenses (None Found)
Voter Registrations (1 Found)
Hunting Permits (None Found)
Weapon Permits (None Found)
Possible Relatives - Summary (58 Found)
Likely Associates - Summary (2 Found)
Possible Associates - Summary (35 Found)
Neighbor Phones (20 Found)
Potential Subject Photos (None Found) [Back to Table of Contents]
Comprehensive Report Summary[Back to Table of Contents]

Bankruptcies:   1 found
Possible Phones:   13 found
Driver's License:   None found
Address(es) found:   19 found
Motor Vehicles Registered:   None found
Criminal History Records:   6 found
Possible Criminal Records (6 Found) [Back to Table of Contents]

WARNING - Due to the quality of Criminal data entry - Data displayed may not pertain to your Subject.
Separate Criminal Search is highly suggested as well as independent verification of anything displayed on this system.

Name: GENNARO MATTIACCIO
DOB: 05/█/1962, Born 50 Years Ago
Gender: M
Ethnicity: WHITE
Is Sex Offender: No
Source Name: VA ADMIN OFFICE OF COURTS
Source State: VA
Match Indicators
First Name:   Exact Match
Middle Name:   Not Available On Record
Last Name:   Exact Match
Date Of Birth:   Exact Match (05/█/1962 - 05/█/1962)
Age:   Not Provided
Address:   Crime County Matched (PRINCE WILLIAM, VA)
Height:   Not Provided
Ethnicity:   Not Provided

Crime Details - 06/14/2005 - PRINCE WILLIAM, VA
OffenseDescription1: EMBEZZLEMENT&gt;=$200-TW
Case Number: 153GC0600089300
Crime County: PRINCE WILLIAM
Crime Type: FELONY
Category: CRIMINAL/TRAFFIC
OffenseCode: 18.2-111
Charges Filed Date: 02/01/2006

*This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and mission. Please treat all information in this Report as confidential and do not share the contents of this Report with persons unrelated to any resulting criminal investigation or prosecution.*



NCMEC000009

CyberTipline Report 1794005 | 7

Case Type: FELONY
Court: PRINCE WILLIAM GD
Disposition: NOLLE PROSEQUI
Offense Date: 06/14/2005
Disposition Date: 04/12/2006

Crime Details - 06/14/2005 - PRINCE WILLIAM, VA
OffenseDescription1: PRACTICE TRADE W/O LIC-TW
Case Number: 153GC0600089400
Crime County: PRINCE WILLIAM
Crime Type: MISDEMEANOR
Category: CRIMINAL/TRAFFIC
OffenseCode: 9.1-147
Charges Filed Date: 02/01/2006
Case Type: MISDEMEANOR
Court: PRINCE WILLIAM GD
Disposition: NOLLE PROSEQUI
Offense Date: 06/14/2005
Disposition Date: 04/12/2006
WARNING - Due to the quality of Criminal data entry - Data displayed may not pertain to your Subject.
Separate Criminal Search is highly suggested as well as independent verification of anything displayed on this system.

Name: GENNARO MATTIACCIO
DOB: 05/██/1962, Born 50 Years Ago
Gender: M
Ethnicity: WHITE
Is Sex Offender: No
Source Name: VA ADMIN OFFICE OF COURTS
Source State: VA
Match Indicators
First Name:   Exact Match
Middle Name:   Not Available On Record
Last Name:   Exact Match
Date Of Birth:   Exact Match (05/██/1962 - 05/██/1962)
Age:   Not Provided
Address:   Crime State Matched (VA)
Height:   Not Provided
Ethnicity:   Not Provided

Crime Details - 04/25/2005 - SPOTSYLVANIA, VA
OffenseDescription1: FAIL TO OBEY HIGHWAY SIGN
Case Number: 177GT0500719800
Crime County: SPOTSYLVANIA
Category: CRIMINAL/TRAFFIC
OffenseCode: 46.2-830
Charges Filed Date: 04/27/2005
Case Type: INFRACTION
Court: SPOTSYLVANIA GD
Fines: Y
Disposition: PREPAID

*This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and mission. Please treat all information in this Report as confidential and do not share the contents of this Report with persons unrelated to any resulting criminal investigation or prosecution.*



Offense Date: 04/25/2005
Disposition Date: 06/28/2005
WARNING - Due to the quality of Criminal data entry - Data displayed may not pertain to your Subject.
Separate Criminal Search is highly suggested as well as independent verification of anything displayed on this system.

Name: GENNARO MATTIACCIO
DOB: 05/▮▮/1962, Born 50 Years Ago
Gender: M
Ethnicity: WHITE
Is Sex Offender: No
Source Name: VA ADMIN OFFICE OF COURTS
Source State: VA
Match Indicators
First Name:   Exact Match
Middle Name:   Not Available On Record
Last Name:   Exact Match
Date Of Birth:   Exact Match (05/▮▮/1962 - 05/▮▮/1962)
Age:   Not Provided
Address:   Crime State Matched (VA)
Height:   Not Provided
Ethnicity:   Not Provided

Crime Details - 01/19/2005 - RICHMOND, VA
OffenseDescription1: ASSAULT
Case Number: 760CR05M0141400
Crime County: RICHMOND
Crime Type: MISDEMEANOR
Category: CRIMINAL/TRAFFIC
OffenseCode: 18.2-57
Charges Filed Date: 05/02/2005
Case Type: MISDEMEANOR
Court: RICHMOND CITY CIRCUIT
Disposition: DISMISSED
Offense Date: 01/19/2005
Disposition Date: 08/11/2006

Crime Details - 01/19/2005 - RICHMOND, VA
OffenseDescription1: DISORDERLY CONDUCT
Case Number: 761GC0500062300
Crime County: RICHMOND
Crime Type: MISDEMEANOR
Category: CRIMINAL/TRAFFIC
OffenseCode: 18.2-415
Charges Filed Date: 01/20/2005
Case Type: MISDEMEANOR
Court: RICHMOND CITY GD - CRIM
Disposition: DISMISSED
Offense Date: 01/19/2005
Disposition Date: 09/09/2005

*This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and mission Please treat all information in this Report as confidential and do not share the contents of this Report with persons unrelated to any resulting criminal investigation or prosecution.*


Crime Details - 01/19/2005 - RICHMOND, VA
OffenseDescription1: TRESPASSING
Case Number: 761GC0500062400
Crime County: RICHMOND
Crime Type: MISDEMEANOR
Category: CRIMINAL/TRAFFIC
OffenseCode: 18.2-119
Charges Filed Date: 01/20/2005
Case Type: MISDEMEANOR
Court: RICHMOND CITY GD - CRIM
Disposition: DISMISSED
Offense Date: 01/19/2005
Disposition Date: 03/28/2005

Crime Details - 01/19/2005 - RICHMOND, VA
OffenseDescription1: ASSAULT &amp; BATTERY
Case Number: 761GC0500062200
Crime County: RICHMOND
Crime Type: MISDEMEANOR
Category: CRIMINAL/TRAFFIC
OffenseCode: 18.2-57
Charges Filed Date: 01/20/2005
Case Type: MISDEMEANOR
Court: RICHMOND CITY GD - CRIM
Disposition: GUILTY
Offense Date: 01/19/2005
Disposition Date: 03/28/2005
WARNING - Due to the quality of Criminal data entry - Data displayed may not pertain to your Subject.
Separate Criminal Search is highly suggested as well as independent verification of anything displayed on this system.

Name: GENNARO MATTIACCIO
DOB: 05/██/1962, Born 50 Years Ago
Gender: M
Ethnicity: WHITE
Is Sex Offender: No
Source Name: VA ADMIN OFFICE OF COURTS
Source State: VA
Match Indicators
First Name:   Exact Match
Middle Name:   Not Available On Record
Last Name:   Exact Match
Date Of Birth:   Exact Match (05/██/1962 - 05/██/1962)
Age:   Not Provided
Address:   Crime State Matched (VA)
Height:   Not Provided
Ethnicity:   Not Provided

Crime Details - 09/24/2004 - ALBEMARLE, VA
OffenseDescription1: NO LICENSE FOR PRACTICE
Case Number: 003GC0401233800

*This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and mission. Please treat all information in this Report as confidential and do not share the contents of this Report with persons unrelated to any resulting criminal investigation or prosecution.*



Crime County: ALBEMARLE
Crime Type: MISDEMEANOR
Category: CRIMINAL/TRAFFIC
OffenseCode: 9.1-147
Charges Filed Date: 11/16/2004
Case Type: MISDEMEANOR
Court: ALBEMARLE GD
Disposition: DISMISSED
Offense Date: 09/24/2004
Disposition Date: 12/21/2004

Crime Details - 09/24/2004 - ALBEMARLE, VA
OffenseDescription1: NO LICENSE FOR PRIVATE SERV
Case Number: 003GC0401233700
Crime County: ALBEMARLE
Crime Type: MISDEMEANOR
Category: CRIMINAL/TRAFFIC
OffenseCode: 9.1-139
Charges Filed Date: 11/16/2004
Case Type: MISDEMEANOR
Court: ALBEMARLE GD
Disposition: DISMISSED
Offense Date: 09/24/2004
Disposition Date: 12/21/2004
WARNING - Due to the quality of Criminal data entry - Data displayed may not pertain to your Subject.
Separate Criminal Search is highly suggested as well as independent verification of anything displayed on this system.

Name: GENNARO MATTIACCIO
DOB: 05▮▮/1962, Born 50 Years Ago
Gender: M
Ethnicity: WHITE
Is Sex Offender: No
Source Name: VA ADMIN OFFICE OF COURTS
Source State: VA
Match Indicators
First Name:   Exact Match
Middle Name:   Not Available On Record
Last Name:   Exact Match
Date Of Birth:   Exact Match (05▮▮/1962 - 05▮▮/1962)
Age:   Not Provided
Address:   Crime State Matched (VA)
Height:   Not Provided
Ethnicity:   Not Provided

Crime Details - 01/31/2002 - FREDERICKSBURG CITY, VA
OffenseDescription1: DISORDERLY CONDUCT
Case Number: 630CR0200094700
Crime County: FREDERICKSBURG CITY
Crime Type: FELONY
Category: CRIMINAL/TRAFFIC

This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and mission. Please treat all information in this Report as confidential and do not share the contents of this Report with persons unrelated to any resulting criminal investigation or prosecution.



NCMEC000013

CyberTipline Report 1794005 | 11

OffenseCode: 18.2-415 A
Charges Filed Date: 11/25/2002
Case Type: FELONY
Court: FREDERICKSBURG CIRCUIT
Disposition: GUILTY
Offense Date: 01/31/2002
Disposition Date: 02/17/2004
WARNING - Due to the quality of Criminal data entry - Data displayed may not pertain to your Subject.
Separate Criminal Search is highly suggested as well as independent verification of anything displayed on this system.

Name: JERRY MATTIACCIO
DOB: 05█/1962, Born 50 Years Ago
Gender: M
Ethnicity: WHITE
Is Sex Offender: No
Source Name: VA ADMIN OFFICE OF COURTS
Source State: VA
Match Indicators
First Name:   Exact Match
Middle Name:   Not Available On Record
Last Name:   Exact Match
Date Of Birth:   Exact Match (05/█/1962 - 05/█/1962)
Age:   Not Provided
Address:   Crime County Matched (PRINCE WILLIAM, VA)
Height:   Not Provided
Ethnicity:   Not Provided

Crime Details - 12/31/2003 - PRINCE WILLIAM, VA
OffenseDescription1: DEFRAUD BY WITHOLDING WAGES
Case Number: 153GC0400268400
Crime County: PRINCE WILLIAM
Crime Type: MISDEMEANOR
Category: CRIMINAL/TRAFFIC
OffenseCode: 40.1-29
Charges Filed Date: 04/01/2004
Case Type: MISDEMEANOR
Court: PRINCE WILLIAM GD
Disposition: NOLLE PROSEQUI
Offense Date: 12/31/2003
Disposition Date: 04/19/2004
Possible Employers (3 Found) [Back to Table of Contents]

Business Name: DHA GROUP (12/31/2011 to 08/06/2012)
Phone: (202) 669-3838 (ET) DHA GROUP
Business Name: RICHMOND GROUP INTERNATIONAL, INCORPORATED, THE (07/08/2011) [ View Business Record ]
Phone: (703) 494-4645 (ET) RICHMOND GROUP INTERNATIONAL, INCORPORATED, THE
Address:  1519 OLD BRIDGE RD, WOODBRIDGE, VA 22192 (Prince William COUNTY)
Business Name: EXECUTIVE SEDAN OF NORTHERN VIRGINIA, INC. (07/08/2011) [ View Business Record ]
Address:  41 JASON LN, STAFFORD, VA 22554 (Stafford COUNTY)
Address Summary (19 Found)   Map All Addresses [ Show Carriers ] [Back to Table of Contents]

*This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and mission. Please treat all information in this Report as confidential and do not share the contents of this Report with persons unrelated to any resulting criminal investigation or prosecution.*



NCMEC000014

CyberTipline Report 1794005 | 12

45 PINTO LN, STAFFORD, VA 22556-3440 (STAFFORD COUNTY) (05/13/2009 to 02/19/2013)
33 FERN OAK CIR APT 202, STAFFORD, VA 22554-8467 (STAFFORD COUNTY) (11/20/2007 to 05/2009)

=====

CT/TA Search results for : 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
NEGATIVE

CT/TA Search results for : 540-657-8281
NEGATIVE

CT/TA Search results for : 5406578281
NEGATIVE

CT/TA Search results for : 540-752-2953
NEGATIVE

CT/TA Search results for : 5407522953
NEGATIVE

CT/TA Search results for : 202-669-3838
NEGATIVE

CT/TA Search results for : 2026693838
NEGATIVE

CT/TA Search results for : 540-659-1643
NEGATIVE

CT/TA Search results for : 5406591643
NEGATIVE

CT/TA Search results for : *rgiceo*
NEGATIVE
=====

I searched for 'rgiceo@pop.net' in Google (web and groups), Facebook, MySpace, MeetMe, Spokeo, and Tagged with NEGATIVE results.
=====



NCMEC Note #4

ECD - SW  02/19/2013 11:21

Sender of Reported E-mail Video -

Name : Ken Dollinger

*This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and mission. Please treat all information in this Report as confidential and do not share the contents of this Report with persons unrelated to any resulting criminal investigation or prosecution.*



NCMEC000015

CyberTipline Report 1794005 | 13

=====

CT/TA Search results for : ken near(dollinger)
1794005
=====



ECD - SW  02/19/2013 11:22

I searched Google (web) for 'Why Women Have 2 Breasts' and found a YouTube video, of what appears to be the described video. The male and female in the video both appear to be clothed. Below is the URL :

http://www.youtube.com/watch?v=N7wmDJBUbws
=====

CT/TA Search results for : n7wmdjbubws
NEGATIVE
=====



ECD - SW  02/19/2013 11:37

At this time, I called for the reporting person, Ami Getu (202-360-2497) but was only able to leave a voice message requesting a call back.



ECD - SW  02/20/2013 15:56

At this time, I again called for the reporting person, Ami Getu (202-360-2497) but was only able to leave a voice message requesting a call back.



ECD - SW  02/20/2013 15:56

I will now place this report on the VPN for the VA State Police ICAC.



*This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and mission. Please treat all information in this Report as confidential and do not share the contents of this Report with persons unrelated to any resulting criminal investigation or prosecution.*



NCMEC000016

CyberTipline Report 1794005 | 14

ECD - SW  02/21/2013 09:06

At this time, I received a call back from the reporting person, Ami Getu. I explained our role at the CyberTipline, mentioned that I may have found the video described on YouTube, and provided the VA State Police public contact information.



The following is a list of supplemental files saved to the report by NCMEC

TLOxp - Comprehensive Re...GENNARO G MATTIACCIO II.pdf
72B653F224FE53396E19380803F4B9E6.wav
tloxp.tlo.com - RESULTS.pdf

This concludes Section C

If you need further information regarding the contents of this Report, please contact the CyberTipline at ecuassistance@ncmec.org or 1-877-446-2632, ext. 6702.

For information regarding possible identified children seen in the uploaded files, please contact NCMEC's Child Victim Identification Program (CVIP) at cvip@ncmec.org or 1-877-446-2632, ext. 6705.

*This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and mission. Please treat all information in this Report as confidential and do not share the contents of this Report with persons unrelated to any resulting criminal investigation or prosecution.*



NCMEC000017

CyberTipline Report 1794005 | 15

## Section D: Law Enforcement Contact Information

The report was made available to the Law Enforcement Agency listed below.



Virginia State Police

**Investigator:**

| | |
|---|---|
| Assigned Officer: | Access VPN |
| Title: | Captain Kirk Marlow |
| City/State: | Fairfax, VA |
| Country: | United States |
| Phone Number: | 804-674-2696 |
| Email Address: | johnny.hall@vsp.virginia.gov,d7icac@gmail.com |

**Time/Date was made available:** 02-20-2013 20:57:38 UTC

This concludes Section D

This concludes CyberTipline Report 1794005

*This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and mission. Please treat all information in this Report as confidential and do not share the contents of this Report with persons unrelated to any resulting criminal investigation or prosecution.*