## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENNARO MATTIACCIO II,<br>    Plaintiff,<br>    v.<br>DHA GROUP, INC., *et al*.,<br>    Defendants. | Civil Action No. 12-1249 (CKK) |

## ORDER
(November 15, 2019)

The Court stayed the above-captioned case as of January 24, 2018 in light of and for the duration of Plaintiff's incarceration.  *See* January 24, 2018 Minute Order.  The Court has since received the parties' Joint Status Report, ECF No. 197, which indicates that Plaintiff has been released from incarceration.  The parties further request that this Court lift the stay.  Accordingly, with the parties' consent, the Court shall **LIFT THE STAY**.  This case shall resume at the pretrial stage.  A copy of this Order shall be mailed to Plaintiff at his address of record.

**SO ORDERED.**

                                      /s/
                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge