CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

GENNARO MATTIACCIO, II

vs.

DHA GROUP, INC., ET AL

Civil/Criminal No.: 12-1249 (CKK)

## NOTE FROM JURY

Can you please provide the jury instructions and exhibits? If the video deposition is a technical issue, please provide the rest first so we can begin deliberations

Please also bring an easel

Date: 3/3/2022

Time: 3:34 pm ET

FOREPERSON