UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GENNARO MATTIACCIO, II          )
                                )
    Plaintiff(s)                )
                                )          CIVIL 12-1249 (CKK)
                                )
v.                              )
                                )
DHA GROUP, INC., ET AL          )
                                )
                                )
    Defendant(s)                )

### Counsel's Acknowledgments Concerning Trial Exhibits

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the courtroom deputy and have agreed on what exhibits will be submitted to the jury during deliberations.

_____
Plaintiff, Pro Se, Gennaro Mattiaccio, II

_____
Counsel for Defendant, Scott Dinner

_____

3/3/2022
Date