CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

GENNARO MATTIACCIO, II

vs.

DHA GROUP, INC., ET AL

Civil/Criminal No.: 12-1249 (CKK)

## NOTE FROM JURY

Your Honor – the jury has reached a verdict

Date: 3/4/2022

Time: 11:14 am

FOREPERSON

John E. Towens
CSV #14
03/04/22 @ 1116