UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GENNARO MATTIACCIO II,

    Plaintiff

v.

DHA GROUP, INC., *et al.*,

    Defendants

Civil Action No. 12-1249 (CKK)

### JURY VERDICT FORM

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

<u>Gennaro Mattiaccio II v. DHA Group Inc., Amrote Getu, and David Hale</u>

1. Has Plaintiff Gennaro Mattiaccio proved by a preponderance of the evidence that Plaintiff's Exhibit 8, the post-employment background report, is a "consumer report" within the meaning of the Fair Credit Reporting Act?

    \_\_\_\_ YES      _X_ NO

If your answer is NO, you have found in favor of Defendants and may stop here. If your answer is YES, go on to the following questions.

### CLAIM ONE

2. Has Plaintiff Gennaro Mattiaccio proved by a preponderance of the evidence that one or more of the Defendants, in willful violation of the Fair Credit Reporting Act, obtained the post-employment background report without his consent, and that obtaining the post-employment background report caused Plaintiff Gennaro Mattiaccio injury?

    DAVID HALE      \_\_\_\_ YES      \_\_\_\_ NO

    AMROTE GETU      \_\_\_\_ YES      \_\_\_\_ NO

    DHA GROUP, INC.      \_\_\_\_ YES      \_\_\_\_ NO

a.    If you have selected YES for one or more Defendants, what, if any, statutory damages do you award Plaintiff Gennaro Mattiaccio?

Answer: _____

## CLAIM TWO

6.    Has Plaintiff Gennaro Mattiaccio proved by a preponderance of the evidence that one or more Defendants caused Mr. Mattiaccio injury in failing to provide Mr. Mattiaccio with a copy of the post-employment background report and a written description of his rights under the Fair Credit Reporting Act prior to taking any adverse action based in whole or in part on the post-employment background report?

| | | |
|---|---|---|
| DAVID HALE | _____ YES | _____ NO |
| AMROTE GETU | _____ YES | _____ NO |
| DHA GROUP, INC. | _____ YES | _____ NO |

a.    If you have selected YES for one or more Defendants, what, if any, statutory damages do you award to Plaintiff Gennaro Mattiaccio?

Answer: _____

_3/4/2022_
**DATE**

_____
**JUROR FOREPERSON**