Civil Judgment (Rev. DC 03/10)

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

GENNARO MATTIACCIO, II

    Plaintiff(s)

v.

DHA GROUP, INC., ET AL

    Defendant(s)

Civil Action No. 12-1249 (CKK)

## JUDGMENT ON THE VERDICT
### FOR DEFENDANT

This cause having been tried by the Court and a Jury, before the Honorable COLLEEN KOLLAR-KOTELLY, Judge presiding, and the issues having been duly tried and the Jury having rendered its verdict; now therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

GENNARO MATTIACCIO, II

take nothing on the complaint against the defendant(s):

DHA GROUP, INC., ET AL.

ANGELA D. CAESAR, Clerk

Dated: MARCH 4, 2022

By: *D. Jones-Patterson*
Deputy Clerk